JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD ALLEN BROWN, | Case No. SACV 10-1067-ODW (OP) |
| Petitioner, | J U D G M E N T |
| v. | |
| TERESA GONZALES, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 21, 2010

_____
HONORABLE OTIS D. WRIGHT, II.
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge